IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2015 JUN 18 PM 4:55

JEFFREY P. COLWELL
CLERK

BY ___ DEP. CLK

Civil Action No. _____
(To be supplied by the court)

__EDITH L JACKSON-COBB__
Plaintiff,

v.

__SPRINT UNITED MANAGEMENT et al__
Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff __EDITH L JACKSON-COBB__ is a citizen of __UNITED STATES__ who presently resides at the following address: __4590 GRANBY WAY DENVER, CO 80239__

2. Defendant __SPRINT UNITED MANAGEMENT__ lives at or is located at the following address: __6450 SPRINT PARKWAY OVERLAND PARK, KS 66251__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location: __10002 PARK MEADOWS DRIVE LONETREE CO__

6. Jurisdiction also is asserted pursuant to the following statutory authority: _____

(Rev. 07/06)

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __August 2014__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __May 17, 2015__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
   - [X] Race
   - [X] Color
   - [X] Religion
   - [X] Sex
   - [ ] National Origin
   - [X] Other (please specify) __AGE, RETALIATION__

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)
    - [ ] Failure to hire
    - [ ] Failure to promote
    - [X] Demotion/discharge from employment
    - [X] Other (please specify) __REFUSAL TO GIVE REQUEST SHIFT__

(Rev. 07/06)                                    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

**SECOND CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

# THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(Rev. 07/06)                                            5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Date: 6/18/2015

Edith J Jackson-Cobb
(Plaintiff's Original Signature)

4590 Granby Way
(Street Address)

Denver, CO 80239
(City, State, ZIP)

303-435-4221
(Telephone Number)

(Rev. 07/06)                                    6