IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01308-MJW

EDITH L. JACKSON-COBB,

Plaintiff,

v.

SPRINT UNITED MANAGEMENT,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Motion for Reconsideration of Dismissal (Docket No. 46) is GRANTED;

- The Final Judgment (Docket No. 43) is VACATED;

- Defendant's Motion to Dismiss (Docket No. 34) is DENIED WITHOUT PREJUDICE;

- Plaintiff's Motion for Leave to File Second Amended Complaint and Jury Demand (Docket No. 47) is GRANTED, under Fed. R. Civ. P. 15(a)(2);

- The proposed Second Amended Complaint and Jury Demand (Docket No. 47-1) is ACCEPTED FOR FILING;

- By operation of Fed. R. Civ. P. 15(a)(3), Defendant shall have until December 9, 2015, to file an answer or other response to the Second Amended Complaint and Jury Demand; and

- Counsel shall meet and confer as to any proposed amendments to the Scheduling Order (Docket No. 41); any motions to amend that Scheduling Order based on the appointment of pro bono counsel shall be made on or before December 9, 2015.

Date: November 25, 2015