**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01308-MJW

EDITH L. JACKSON-COBB,

    Plaintiff,

v.

SPRINT UNITED MANAGEMENT,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER ON MOTION TO DISMISS of Magistrate Judge Michael J. Watanabe entered on March 28, 2016 it is

    ORDERED that Defendant's Motion to Dismiss, filed 12/09/2015 [#50], is granted. It is

    FURTHER ORDERED that  Plaintiff's Title VII claims are dismissed with prejudice and her state law claim is dismissed without prejudice. It is

    FURTHER ORDERED that final judgment enter in favor of Defendant Sprint United Management and against Plaintiff Edith L. Jackson-Cobb.

    Dated at Denver, Colorado this 29th day of March, 2016.

                                              FOR THE COURT:

,

JEFFREY P. COLWELL, CLERK

By: s/ S. Libid

S. Libid
Deputy Clerk